Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC POINT CONDOMINIUM OWNERS ASSOCIATION; MID-CENTURY INSURANCE COMPANY as subrogee of Pacific Point Condominium Owners Association; NATIONWIDE GENERAL INSURANCE COMPANY as subrogee of Peter and Carole Falleen; AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY as subrogee of Pacific Point Condominium Owners Association; LARK PROJECTS (USA) INC., a Washington corporation; DOES 1-10,<br>Defendants. | No. 2:24-cv-1847-JLR<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES<br><br>NOTE FOR MOTION: APRIL 1, 2025 |

This matter came before the Court on Plaintiff Kinsale Insurance Company (Kinsale) and Defendants Pacific Point Condominium Owners Association, Mid-Century Insurance Company, Nationwide General Insurance Company, American Empire Surplus Lines Insurance Company, and Lark Projects (USA) Inc.'s Joint Motion to Extend Deadlines for the submission of Initial

[PROPOSED] ORDER GRANTING JOINT MOTION
TO EXTEND DEADLINES – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444 F: (206) 467-5544

Disclosures and for filing of the Joint Status Report by thirty (30) days. Having considered the parties' motion and finding good cause therein, it is hereby ORDERED that the Initial Disclosures and Joint Status Report deadlines be extended as follows:

| Filing/Submission | New Deadline |
|---|---|
| Initial Disclosures | May 5, 2025 |
| Joint Status Report | May 12, 2025 |

IT IS SO ORDERED.

DATED this 2nd day of April, 2025.

_____
Hon. James L. Robart
United States District Judge

Presented by:

LETHER LAW GROUP

/s/ Thomas Lether
Thomas Lether, WSBA #18089
/s/ Kasie Kashimoto
Kasie Kashimoto, WSBA #54268
/s/ Jake Henke
Jake Henke, WSBA #60346
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444/F: 206-467-5544
tlether@letherlaw.com
kkashimoto@letherlaw.com
jhenke@letherlaw.com
*Counsel for Plaintiff, Kinsale Insurance Company*