Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC POINT CONDOMINIUM OWNERS ASSOCIATION; MID-CENTURY INSURANCE COMPANY as subrogee of Pacific Point Condominium Owners Association; NATIONWIDE GENERAL INSURANCE COMPANY as subrogee of Peter and Carole Falleen; AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY as subrogee of Pacific Point Condominium Owners Association; LARK PROJECTS (USA) INC., a Washington corporation; DOES 1-10,<br><br>Defendants. | No. 2:24-cv-1847-JLR<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES** |

This matter came before the Court on Plaintiff Kinsale Insurance Company (Kinsale) and Defendants Pacific Point Condominium Owners Association, Mid-Century Insurance Company, Nationwide General Insurance Company, American Empire Surplus Lines Insurance Company, and Lark Projects (USA) Inc.'s Joint Motion to Extend Deadlines for the submission of Initial Disclosures and for filing of the Joint Status Report by two weeks. Having considered the parties'

[PROPOSED] ORDER GRANTING JOINT MOTION TO
EXTEND DEADLINES – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444  F: (206) 467-5544

1  motion and finding good cause therein, it is hereby ORDERED that the Initial Disclosures and

2  Joint Status Report deadlines be extended as follows:

3  
| Filing/Submission | Current Deadline | New Deadline |
|---|---|---|
| Initial Disclosures | July 7, 2025 | July 21, 2025 |
| Joint Status Report | July 11, 2025 | July 25, 2025 |

IT IS SO ORDERED.

DATED this 8th day of July, 2025.

_____
Hon. James L. Robart
United States District Judge

Presented by:

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ Kasie Kashimoto*
Kasie Kashimoto, WSBA #54268
*/s/ Jake Henke*
Jake Henke, WSBA #60346
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444/F: 206-467-5544
tlether@letherlaw.com
kkashimoto@letherlaw.com
jhenke@letherlaw.com
*Counsel for Plaintiff, Kinsale Insurance Company*

| | |
|---|---|
| 1 | GORDON TILDEN THOMAS & CORDELL |
| 2 | */s/ Brendan Winslow-Nason* <br> */s/ Liam F. McKeegan* |
| 3 | Brendan Winslow-Nason, WSBA #39328 <br> Liam F. McKeegan, WSBA #61206 |
| 4 | 600 University Street, Suite 2915 <br> Seattle, WA 98101 |
| 5 | bwinslow-nason@gordontilden.com <br> lmckeegan@gordontilden.com |
| 6 | *Counsel for Defendant, Pacific Point Condominium Owners Association* |
| 7 | |
| 8 | HELSELL FETTERMAN |
| 9 | */s/ Shawn Q. Butler* <br> Shawn Q. Butler, WSBA #4573 |
| 10 | 800 Fifth Ave, Suite 3200 <br> Seattle, WA 98104 |
| 11 | sbutler@helsell.com <br> *Counsel for Defendant, Mid-Century* |
| 12 | *Insurance Company* |
| 13 | DAVIS ROTHWELL EARLE & XÓCHIHUA |
| 14 | */s/ Keith M. Liguori* <br> */s/ Katrina P. Mendoza* |
| 15 | Keith M. Liguori, WSBA No. 51501 <br> Katrina P. Mendoza, WSBA No. 58735 |
| 16 | 701 5th Ave, Suite 5500 <br> Seattle, WA 98104 |
| 17 | kliguori@davisrothwell.com <br> kmendoza@davisrothwell.com |
| 18 | *Counsel for Defendant, Nationwide General Insurance Company* |
| 19 | |
| 20 | HELSELL FETTERMAN |
| 21 | */s/ Jacquelyn A. Beatty* <br> Jacquelyn A. Beatty, WSBA #17567 |
| 22 | 800 Fifth Ave, Suite 3200 <br> Seattle, WA 98104 |
| 23 | jbeatty@helsell.com <br> *Counsel for Defendant, American Empire* |
| 24 | *Surplus Lines Insurance Company* |

[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544

1  MONTGOMERY PURDUE

2  */s/ Ben VandenBerghe*
   */s/ Kaya Lurie*
3  Ben VandenBerghe, WSBA #35477
   Kaya Lurie, WSBA #51419
4  701 Fifth Avenue, Suite 5500
   Seattle, WA 98104
5  P: 206-682-7090 / F: 206-625-9534
   biv@montgomerypurdue.com
6  klurie@montgomerypurdue.com
   *Counsel for Defendant, Lark Projects (USA) Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544