Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC POINT CONDOMINIUM OWNERS ASSOCIATION; MID-CENTURY INSURANCE COMPANY as subrogee of Pacific Point Condominium Owners Association; NATIONWIDE GENERAL INSURANCE COMPANY as subrogee of Peter and Carole Falleen; AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY as subrogee of Pacific Point Condominium Owners Association; LARK PROJECTS (USA) INC., a Washington corporation; DOES 1-10,<br><br>Defendants. | No. 2:24-cv-1847-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO RE-NOTE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND EXTEND DEFENDANTS' DEADLINE TO RESPOND** |

Pursuant to Western District of Washington Local Civil Rule 10(g), Plaintiff Kinsale Insurance Company ("Kinsale") and Defendants Pacific Point Condominium Owners Association ("Pacific Point"), Mid-Century Insurance Company ("Mid-Century"), Nationwide General Insurance Company ("Nationwide"), Great American Risk Solutions fka as American Empire Surplus Lines Insurance Company ("American Empire") and Lark Projects (USA) Inc. ("Lark")

STIPULATION TO RE-NOTE PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT AND EXTEND
RESPONSE DEADLINE – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544

1  through their undersigned attorneys Stipulate and move as follows:

2                    **I.    STIPULATION**

3      Kinsale, Mid-Century, Nationwide, American Empire, and Lark hereby stipulate and

4  agree to re-note Kinsale's Motion for Summary Judgment (Dkt. 37) to **August 8, 2025** and

5  extend Defendants' response deadline to **July 28, 2025**. Consequently, Plaintiff's reply deadline

6  will be moved to **August 4, 2025**.

7      DATED this 11th day of July 2025.

8

                  LETHER LAW GROUP

9                    */s/ Thomas Lether*
                  Thomas Lether, WSBA #18089
10                   */s/ Kasie Kashimoto*
                  Kasie Kashimoto, WSBA #54268
11                   */s/ Jake Henke*
                  Jake Henke, WSBA #60346
12                   1848 Westlake Ave N., Suite 100
                  Seattle, WA 98109
13                   P: 206-467-5444/F: 206-467-5544
                  tlether@letherlaw.com
14                   kkashimoto@letherlaw.com
                  jhenke@letherlaw.com
15                   *Counsel for Plaintiff, Kinsale Insurance Company*

16

                  HELSELL FETTERMAN LLP
17

18                   */s/ Shawn Q. Butler*
                  Shawn Q. Butler, WSBA #45731
                  800 Fifth Ave, Suite 3200
19                   Seattle, WA 98104
                  sbutler@helsell.com
20                   *Counsel for Defendant, Mid-Century Insurance Company*

21

22                   HELSELL FETTERMAN

23                   */s/ Jacquelyn A. Beatty*
                  Jacquelyn A. Beatty, WSBA #17567
24

|   |   |
|---|---|
| 1 | 800 Fifth Ave, Suite 3200 |
| 2 | Seattle, WA 98104 |
|   | jbeatty@helsell.com |
| 3 | *Counsel for Defendant, Great American Risk Solutions fka American Empire Surplus Lines Insurance Company* |
| 4 |   |
| 5 | GORDON TILDEN THOMAS CORDELL |
| 6 | */s/ Brendan Winslow-Nason* |
|   | */s/ Liam F. McKeegan* |
| 7 | Brendan Winslow-Nason, WSBA #39328 |
|   | Liam F. McKeegan, WSBA #61206 |
| 8 | 600 University Street, Suite 2915 |
|   | Seattle, WA 98101 |
| 9 | bwinslow-nason@gordontilden.com |
|   | lmckeegan@gordontilden.com |
| 10 | *Counsel for Defendant, Pacific Point Condominium Owners Association* |
| 11 | DAVIS ROTHWELL EARLE & |
| 12 | XÓCHIHUA, PC |
| 13 | */s/ Keith M. Liguori* |
|   | */s/ Katrina P. Mendoza* |
| 14 | Keith M. Liguori, WSBA No. 51501 |
|   | Katrina P. Mendoza, WSBA No. 58735 |
| 15 | 701 5th Ave, Suite 5500 |
|   | Seattle, WA 98104 |
| 16 | kliguori@davisrothwell.com |
|   | kmendoza@davisrothwell.com |
| 17 | *Counsel for Defendant, Nationwide General Insurance Company* |
| 18 | MONTGOMERY PURDUE |
| 19 | */s/ Benjamin I. VandenBerghe* |
|   | */s/ Kaya R. Lurie* |
| 20 | Benjamin I. VandenBerghe, WSBA #35477 |
|   | Kaya R. Lurie, WSBA #51419 |
| 21 | 701 Fifth Avenue, Suite 5500 |
|   | Seattle, WA 98104 |
| 22 | biv@montgomerypurdue.com |
|   | klurie@montgomerypurdue.com |
| 23 | *Counsel for Defendant, Lark Projects (USA) Inc.* |
| 24 |   |

STIPULATION TO RE-NOTE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND EXTEND RESPONSE DEADLINE  – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444  F: (206) 467-5544

II.   ~~PROPOSED~~ ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is re-noted to August 8, 2025 and Defendants' deadline to respond is extended to July 28, 2025.  Plaintiff's reply deadline is extended to August 4, 2025.  <u>The Clerk is DIRECTED to re-note Plaintiff's motion for summary judgment (Dkt. # 37) for August 8, 2025</u>.

IT IS SO ORDERED.

DATED July 11, 2025.

_____
Honorable James L. Robart
United States District Judge

PRESENTED BY:

LETHER LAW GROUP

<u>/s/ Thomas Lether</u>
Thomas Lether, WSBA #18089
<u>/s/ Kasie Kashimoto</u>
Kasie Kashimoto, WSBA #54268
<u>/s/ Jake Henke</u>
Jake Henke, WSBA #60346
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444/F: 206-467-5544
tlether@letherlaw.com
kkashimoto@letherlaw.com
jhenke@letherlaw.com
*Counsel for Plaintiff, Kinsale Insurance Company*